IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN CRAWFORD,<br>as Personal Representative of the<br>Estate of Hilary Crawford,<br><br>        Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.,<br>a Delaware Corporation,<br><br>        Defendant. | 7:14CV5001<br><br>ORDER |

This matter is before the court on the parties' Stipulation for Dismissal (Filing No. 112). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 112) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated this 2nd day of December, 2016.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge